# IN THE SUPREME COURT OF THE STATE OF NEVADA

NELL MCDOWELL,

                Appellant,

vs.

THE SALVATION ARMY,

                Respondent.

No. 76804

**FILED**

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Tierra Danielle Jones, District Judge
       Paul M. Haire, Settlement Judge
       Thomas & Springberg, P.C.
       Cooper Levenson, P.A.
       Eighth District Court Clerk

19-06871